UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JR GENTLE,

                 Plaintiff,

       -against-

ADAM MADISON, doing business as ADAM
MADISON REALTY,

                 Defendant.

26-CV-0728 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 27, 2026, the Court received a motion from Plaintiff requesting to voluntarily dismiss this action. (ECF 5.) The Court grants Plaintiff's request, and voluntarily dismisses this action under Fed. R. Civ. P. 41(a), without prejudice.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    February 27, 2026
           New York, New York

                                   /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                           Chief United States District Judge

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).